UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

v.                                                                1:07-MJ-01133-UA

**ANGEL TAVAREZ,**

        Defendant.

**NOTICE OF APPEARANCE**

---

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

    You are hereby notified that I represent the Defendant, ANGEL TAVAREZ, in the above-entitled action.

Dated: July 27, 2007
      New York, New York

                        ISMAEL GONZALEZ & ASSOCIATES, LLC

                        Ismael Gonzalez, Esq.(IG-9920)
                        53 West 36th Street, Suite 605
                        New York, New York 10018
                        (212) 714-9610--office
                        **(917) 940-6626--cell**